**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | 11-04133M-001-PCT-MEA |
| Plaintiff, ) | |
| vs. ) | **ORDER** |
| Richard Anthony Walema, Jr., ) | |
| Defendant. ) | |

The defendant appeared in court with counsel. The defendant's probable cause hearing was waived and the detention hearing was held by defendant through defense counsel.

IT IS ORDERED that the defendant is reinstated to supervised probation on the previously ordered conditions and special conditions with the following addition;

1. Defendant shall not drive any motor vehicle.

IT IS FURTHER ORDERED that the defendant be released from federal custody.

DATED this 17th day of November, 2011.

_____
Mark E. Aspey
United States Magistrate Judge